IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02624-PAB-KMT

STEPHAN DARRIS,

    Plaintiff,
v.

D/S PUGLIESE,
D/S SHAFFER,
D/S ST. GERMAIN,
LPN ROY, and
D/S DAUGHTERTY,

    Defendants.

---

**ORDER GRANTING SERVICE BY UNITED STATES MARSHAL**

---

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendant. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 16 2009

GREGORY C. LANGHAM
    CLERK

respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

DATED January 13, 2009.

BY THE COURT:

s/Philip A. Brimmer
PHILIP A. BRIMMER
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02624-PAB-KMT

Stephan Darris
Prisoner No. 98045
Denver County Jail
PO Box 1108
Denver, CO 80201

US Marshal Service
Service Clerk
Service forms for: D/S Pugliese, D/S Shaffer, D/S St. German,
LPN Roy, and D/S Daughterty

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to the United States Marshal Service for service of process on D/S Pugliese, D/S Shaffer, D/S St. German, LPN Roy, and D/S Daughterty: AMENDED COMPLAINT FILED 12/24/08, SUMMONS, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 1/16/09 .

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk