IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02624-PAB-KMT

STEPHAN DARRIS,

    Plaintiff,

v.

D/S PUGLIESE,
D/S SHAFFER,
D/S ST. GERMAIN,
LPN ROY, and
D/S DAUGHERTY,

    Defendants

---

**ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE**

---

    The above captioned case has been referred to Magistrate Judge Kathleen M. Tafoya by District Judge Philip A. Brimmer, pursuant to the Order of Reference dated February 19, 2009. *See* 28 U.S.C. § 636(b)(1)(A) and (B) and Fed. R. Civ. P. 72(a) and (b).

    It is hereby **ORDERED** that a Preliminary Scheduling Conference is set for **May 19, 2009,** at **9:30 a.m.,** in Courtroom C-201, Second Floor, of the Byron Rogers U.S. Courthouse, 1929 Stout Street, Denver, Colorado.

    The parties need not comply with the requirements of Fed. R. Civ. P. 16 and D.C.Colo.LCivR. 16.2 and 26.1. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed.

    It is the responsibility of the Plaintiff to notify all parties who have not entered an appearance of the date and time of the preliminary scheduling conference.

    Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call **(303) 335-2780** at the scheduled time.

Dated this 2nd day of March, 2009.

                                                **BY THE COURT:**

                                                Kathleen M. Tafoya
                                                United States Magistrate Judge