IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kathleen M. Tafoya

| | |
|---|---|
| Civil Action No. 08-cv-02624-PAB-KMT | FTR |
| Date: March 26, 2009 | Debra Brown, Deputy Clerk |
| STEPHAN DARRIS, | Pro se (No Appearance) |
| Plaintiff. | |
| v. | |
| PUGLIESE, et al. | Suzanne Fasing |
| ROY, LPN | Felice Haas |
| Defendant. | |

## COURTROOM MINUTES / MINUTE ORDER

**MOTIONS HEARING**

**Court in Session: 9:23 a.m.**

Court calls case. Appearance of counsel. There is no appearance by the plaintiff, pro se.

Discussion by the Court and Counsel regarding Defendant's [25] MOTION to Quash Service of Process Pursuant to Fed.R.Civ.P. 12(b)(5) filed February 19, 2009.
Statements by Ms. Haas.

**ORDERED:** Defendant's MOTION to Quash Service of Process Pursuant to Fed.R.Civ.P. 12(b)(5) [Document #25, filed February 19, 2009) is **GRANTED.** Ms. Haas hereby accepts service on behalf of the Defendant, Roy, LPN, as of today's date.

**ORDERED:** The Clerk of the Court is directed to correct the name of the Defendant Roy, LPN, to **LPN Roy Robinson**.

**ORDERED:** The Defendant's Answer to the Amended Complaint [Document #5, filed December 24, 2008] is due as provided in the Federal Rules of Civil Procedure.

**Court in recess : 9:28 a.m.**
Total In-Court Time 0:05; hearing concluded

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.