## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
## Magistrate Judge Kathleen M. Tafoya

**Civil Action No.**   08-cv-02624-PAB-KMT            FTR

**Date:**   January 13, 2010                          Debra Brown, Deputy Clerk

STEPHAN DARRIS,                                       Pro se (Telephone)

                Plaintiff.

v.

PUGLIESE, et al.                                      Suzanne Fasing
ROY, LPN                                              John Baker

                Defendant.

---

### COURTROOM MINUTES / MINUTE ORDER

**MOTION HEARING**

**Court in Session: 3:20 p.m.**

Court calls case.  Appearance by plaintiff, pro se and of Counsel.

Opening statements by the Court.

Plaintiff's [91] Motion for an Order Compelling Discovery filed November 25, 2009 at issue
Statements by Mr. Darris.
Statements by Ms. Fasing.

**ORDERED:**   Plaintiff's [91] Motion for an Order Compelling Discovery filed November 25, 2009 is **DENIED** for the reasons stated on the record.

Oral request by Plaintiff to dismiss the entire case, without prejudice. Plaintiff's Oral Motion for a Hearing before District Judge Brimmer.

**ORDERED:**   Plaintiff's oral Motion to Dismiss, without prejudice, is **DENIED without prejudice.**

**ORDERED:**   Plaintiff's Oral Motion for a hearing before District Judge Brimmer is **DENIED without prejudice.**

**ORDERED:**   Plaintiff is advised by the Court to file an appropriate written Motion to Dismiss with the Court.

**Court in recess: 4:08 p.m.**              Total In-Court Time 0:48; hearing concluded